IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA**

                                No. 3:11-cr-00234-MO

      v.                                                ORDER

**JOSE MALDONADO-ELIZALDE,**

        Defendant.

**MOSMAN, J.**,

        Defendant is ineligible for a reduction in sentence under Amendment 782 as the Amendment makes no adjustment to the offense level at which he was sentenced. As such, Defendant's Motion to Modify Sentence pursuant to Amendment 782 [35] is DENIED.

        DATED this  7th   day of October, 2015.

                                                        /s/ Michael W. Mosman  
                                                        MICHAEL W. MOSMAN  
                                                        United States District Judge